# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

August 28, 2009



Rec 6452
8/28/09
$ 9.63

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

       RE:    MORROW, MARJORIE A. and d/b/a President of Digiscribe, Inc.
       BK No.: 07-22959

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $9.63, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 2 | Westside Health Services, Inc.<br>P.O. Box 92878<br>Department 140<br>Rochester, NY 14692 | $810.25 | 01/29/08 | $3.62 |
| 6 | Monroe County Depart of Social Srcs<br>111 Westfall Road<br>Rochester, NY 14620 | $369.61 | 04/03/08 | $1.65 |
| 9 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | $974.32 | 04/14/08 | $4.36 |

Sincerely,

Madeline M. Stolt
Paralegal
Encl.

1600 Crossroads Building   585 232 3730
Two State Street   FAX 585 232 3882   CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

Case 2-07-22959-JCN    Doc 26    Filed 08/28/09    Entered 08/31/09 08:51:02    Desc Main
Document    Page 1 of 1