# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

1/19/10

Rec #6859
$ 28.39
1/19/10

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

    RE:  Marjorie A. Morrow
        BK No.: 07-22959

Dear Clerk:

  It appears from the canceled checks filed herein, that the funds belonging to the estate of the above-named Debtor have been disbursed in accordance with Orders entered herein, excepting the following check:

| Check No. | Payable To | Amount | Claim No. |
|---|---|---|---|
| 106 | Wayne Martin<br>2588 John Owings Road<br>Westminster, MD 21158 | $28.39 | 7 |

where more than ninety (90) days have elapsed since the final notice and the creditor could not be located.

  Enclosed is a Trustee's check payable to the Clerk of the U.S. Bankruptcy Court for the Western District of New York, for the sum of $28.39 representing said dividend check.

Very truly yours,

*Douglas J. Lustig*
Douglas J. Lustig

DJL/mms
Encl.



FILED JAN 19 2010 BANKRUPTCY COURT ROCHESTER, NY
RECEIVED JAN 19 2010 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building  585 232 3730
Two State Street  FAX 585 232 3882  CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

Case 2-07-22959-JCN Doc 27 Filed 01/19/10 Entered 01/20/10 09:05:41 Desc Main
Document Page 1 of 1